UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------X
UNITED STATES OF AMERICA  :  Case No: 2:10-Cr. - 00020 (JLL)
                          :
vs.                       :  **CONSENT ORDER MODIFYING**
                          :  **TERMS OF SHIMON HABER'S**
SHIMON HABER              :  **PRETRIAL RELEASE**
                          :
                          :
------------------------------------X

    WHEREAS the Defendant SHIMON HABER was arrested on July 23, 2009 pursuant to a Criminal Complaint filed in the above entitled action; and

    WHEREAS the Defendant was released on a secured Appearance Bond in the amount of $100,000.00; and

    WHEREAS a condition of the Defendant's release was the surrender of his passport to Pretrial Services and the restriction of his travel between the State of New York and the State of New Jersey;

    WHEREAS the Defendant has agreed to post property to secure an additional $250,000.00 on an Appearance Bond to obtain a modification of the conditions of his release;

    WHEREAS the sufficiency of the property as security for the Appearance Bond has been investigated and approved by Pretrial Services for the District of New Jersey;

    WHEREAS the Defendant has agreed to remain outside of the States of New York or New Jersey for no longer than two weeks; and

    WHEREAS the Defendant has agreed to provide the Office of the United States Attorney for the District of New Jersey with copies of his travel itinerary, including addresses at which he will reside and the names of any person or persons with whom he will reside;

    THIS MATTER having come before the Court on the joint application of defendant Shimon Haber (by Alison Fischer, Esq.), and Paul Fishman, United States Attorney for the District of New

Jersey (by Dustin Chao, Assistant U.S. Attorney), for an order modifying the conditions of release for Defendant Shimon Haber to be allowed to travel to Israel.

Dated: January 22, 2010.

IT IS THE FINDING OF THIS COURT that such a modification is appropriate.

WHEREFORE, on this 22nd day of January, 2010,

IT IS ORDERED that:

1. the Appearance Bond shall be in the total amount of $350,000.00;

2. the Appearance Bond shall be secured by property having at least $ 350,000.00 in equity;

3. SHIMON HABER will be allowed to travel to Israel for a period of up to two weeks;

4. SHIMON HABER will be allowed to obtain his passport from Pretrial Services no more than 48 hours prior to his departure, and shall return said passport to Pretrial Services no later than 48 hours after his return.

5. all other terms and conditions of HABER's pretrial release shall remain unchanged.

HON. JOSE L. LINARES
United States District Judge

Consented and Agreed to:

Alison L. Fischer, Esq.
*Counsel for Shimon Haber*

Dustin Chao, AUSA