# LAW OFFICES
# STILLMAN, FRIEDMAN & SHECHTMAN, P.C.
### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

WWW.STILLMANFRIEDMAN.COM

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

CAROLYN BARTH RENZIN
MARY MARGULIS-OHNUMA
NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
DANIEL V. SHAPIRO
ERIK M. ZISSU
ALISON L. FISCHER

TELEPHONE
(212) 223-0200
FACSIMILE
(212) 223-1942

**BY E-MAIL**

May 3, 2010

Honorable Jose L. Linares
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   United States v. Shimon Haber, 10-Cr.-00020 (JLL)

Dear Judge Linares:

      This firm represents Shimon Haber in the above-referenced case. We write to respectfully request that Your Honor grant Mr. Haber permission to travel to Israel from May 4, 2010 to May 11, 2010, so that he may join his family in sitting shiva for his grandfather (his grandfather passed away yesterday, May 2, and is being buried today). We are writing this letter as a joint application with the United States Attorney's Office, and AUSA Dustin Chao joins us in signing the letter.

      Mr. Chao has consented to Mr. Haber's travel request, so long as Mr. Haber complies with all the requirements set forth in Your Honor's January 22, 2010 Consent Order Modifying Terms of Shimon Haber's Pretrial Release (copy enclosed), to wit, Mr. Haber must provide the USAO with a detailed itinerary and names of people with whom he's staying and post a $250,000 bond in addition to the $100,000 bond which initially secured his release. Jeffrey Patterson of Pretrial Services is verifying that all conditions will be met -- he has been in touch with the Clerk of the Court to verify that the additional $250,000 bond remains in effect (it was posted on February 5, 2010 by Mr. Haber's mother, but never docketed), and he has contacted Mr. Haber's Brooklyn Pretrial Services offices to ensure he does not object to this trip.

LAW OFFICES
STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

If the order is issued, we request that the Court fax or email a copy of the signed order to us at (212) 223-1942 so that we may distribute it to the Government and Pretrial Services.

Respectfully submitted,

*[signature]*

Nathaniel I. Kolodny

*[signature]*

Assistant US Attorney Dustin Chao

Enclosure

**SO ORDERED:** *[signature]*
**DATED:** 5-4-2010

2